EARLE, Respondent, v. McCRUM, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Ellis P. Earle against Lloyd G. Mc-

Crum, impleaded with others. W. P. Maloney, for appellant. R. T. Greene, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents, on the ground that the case should have been submitted to the jury.